

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PAY AND SAVE, INC. D/B/A BIG 8 FOOD STORES, | § | No. 08-12-00357-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 210th District Court |
| | § | |
| COSME RAUL MARTINEZ, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2011-1668) |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **June 30, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Gary Bellair, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **June 30, 2013.**

IT IS SO ORDERED this 26th day of June, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.